AO 93 (Rev. 11/13) Search and Seizure Warrant

Case 2:15-sw-00435-EFB   Document 2   Filed 08/28/15   Page 1 of 6

FILED
AUG 28 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| In the Matter of the Search of<br><br>Electronic Devices described in Attachment A, currently located at the FBI Field Office in Sacramento, California | Case No. 2:15-SW--435 EFB |

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before ___August 28, 2015___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: <u>any authorized U.S. Magistrate Judge in the Eastern District of California.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  8-14-2015        _____
                                                                    *Judge's signature*

City and state:   Sacramento, California       Edmund F. Brennan, U.S. Magistrate Judge
                                                                    *Printed name and title*

| Case No.: 2:15-SW-435 EFB | Date and time warrant executed: 8/14/2015 2:00 p.m. | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of: SA Wesley S. Drone

Inventory of the property taken and name of any person(s) seized:

See attached list. (1 page plus attachment) (WSD)
Forensic analysis ongoing.

### Certification

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Wes Drone*

Subscribed, sworn to, and returned before me this date.

KENDALL J. NEWMAN
U.S. MAGISTRATE JUDGE

Date: 8/28/2015

1. Acer Netbook, Model T77H462, S/N: WOI101304E436B97377211
2. Acer Netbook, Model T77H462, S/N: WOI101304E436B973A7211
3. Lenovo Yoga 2 Pro Laptop, S/N: YB04740312
4. Asus U50F Laptop, S/N: 9CN0AS112103500
5. IBM Travelstar 2.5" (laptop size) 20 GB hard drives, S/N: TH-04C449-12567-17C-CZGW
6. Western Digital My Passport external USB hard drive, S/N: WXK1E32ANYSH
7. Samsung Galaxy Note 4 Cellphone, IMEI: 990004824579217
    a. SIM card within the cellphone, S/N: 891480000001685943754
8. LG TracFone, Model: LGL34C, FCC ID: ZNFL34C, S/N: 412CQSF2045454
9. Apple iPhone 6, Model: A1549, FCC ID: BCG-E2816A, IMEI : 354407068131944
10. 1gb Generic Flash Disk USB Device, labeled "Think Tank Learning"
11. Inateck 2.5" Data HDD, External Enclosure Hard Drive, FEU3NS-1E

## ATTACHMENT A

The following property hereinafter referred to as Devices:

Seized by Dublin Police Services from 2710 Genoa Avenue in South Lake Tahoe, California
1. Acer Netbook, Model T77H462, S/N: WOI101304E436B97377211
2. Acer Netbook, Model T77H462, S/N: WOI101304E436B973A7211
3. Lenovo Yoga 2 Pro Laptop, S/N: YB04740312
4. Asus U50F Laptop, S/N: 9CN0AS112103500
5. IBM Travelstar 2.5" (laptop size) 20 GB hard drives, S/N: TH-04C449-12567-17C-CZGW
6. Western Digital My Passport external USB hard drive, S/N: WXK1E32ANYSH
7. Samsung Galaxy Note 4 Cellphone, IMEI: 990004824579217
   a. SIM card within the cellphone, S/N: 89148000001685943754
8. LG TracFone, Model: LGL34C, FCC ID: ZNFL34C, S/N: 412CQSF2045454
9. Apple iPhone 6, Model: A1549, FCC ID: BCG-E2816A, IMEI : 354407068131944
10. 1gb Generic Flash Disk USB Device, labeled "Think Tank Learning"

Seized by the FBI from red 2007 Mustang
1. Inateck 2.5" Data HDD, External Enclosure Hard Drive, FEU3NS-1E


All Devices are currently located at:

FBI Field Office
4500 Orange Grove Ave
Sacramento, CA

      This warrant authorizes the forensic examination of the Devices for the purpose of

identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

All records on the Devices described in Attachment A that relate to violations of 18 U.S.C. §§ 1201 and 2312, including:

a. Any and all documents, materials and other forensically recoverable digital artifacts concerning the preparation, planning, execution, description, and concealing of a kidnapping or home invasion robbery.

b. Internet browsing history related to the purchase or use of drugs for sedation, the use of remote monitoring tools, online research for victim names and addresses to include driving directions, the use of anonymous email services, the use of online anonymity software such as The Onion Router (TOR), the research and purchase of tools used for breaking and entering residences or vehicles.

c. Historical wireless network connections and GPS coordinates.

d. The use of remote monitoring tools, programs, codes, or commands.

e. Photographs, audio or video recordings of kidnapping victims.

f. Any and all documents or information relating to any email accounts accessed by the device.

g. Any data related to any email sent in the name of Aaron Quinn or anonymously.

h. Any and all documents or information relating to any communications or correspondence with victims, journalists, and/or law enforcement.

i. Any and all data related to supposed government conspiracy theories.

j. Any and all data related to vaccine side effects, Gulf War Syndrome.

k. Address books, appointment books, calendars, and schedules, including any information recording travel or meetings for the time period January 2009 to the present.

l. Phone bills or phone records for the time period January 2009 to the present.

m. All bank records, checks, credit card bills, account information, and other financial and/or purchase records for the time period January 2009 to the present.

n. Data related to law enforcement techniques.

o. Evidence of user attribution showing who used or owned the computers or electronic storage devices at the time the things described in this warrant were

created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

p. Any data related to Denise Huskins, Aaron Quinn, Henry Lee, Kenny Park, Andrea Roberts, Vallejo Police Department, or the FBI.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

q. Any data recorded by an aerial drone. used

*[handwritten initials]*